No. 606. H. A. JASTRO ET AL. *v.* ELIAS FRANCIS ET AL. Error to the Supreme Court of the State of New Mexico. Motion to dismiss or affirm or place on summary docket submitted March 3, 1919.  Decided March 10, 1919.  *Per Curiam.*  Dismissed for want of jurisc tion

upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S., 216, 218. *Mr. Alonzo B. McMillen, Mr. Alexander Britton, Mr. Evans Browne* and *Mr. F. W. Clements* for plaintiffs in error. *Mr. Bernard S. Rodey* for defendants in error.